CGI TECHNOLOGIES AND SOLUTIONS INC., in its capacity as sponsor and fiduciary for CGI Technologies and Solutions, Inc. Welfare Benefit Plan, Plaintiff–Appellee,

v.

Rhonda ROSE; Nelson Langer Engle PLLC, Defendants–Appellants.

CGI Technologies and Solutions Inc., in its capacity as sponsor and fiduciary for CGI Technologies and Solutions, Inc. Welfare Benefit Plan, Plaintiff–Appellant,

v.

Rhonda Rose; Nelson Langer Engle PLLC, Defendants–Appellees.

Nos. 11–35127, 11–35128.

United States Court of Appeals, Ninth Circuit.

Aug. 16, 2013.

Noah G. Lipschultz, Littler Mendelson, P.C., Minneapolis, MN, Joanna M. Silverstein, Leigh Ann Tift, Littler Mendelson, P.C., Seattle, WA, for Plaintiff–Appellee.

Leslie Agnes Brueckner, Public Justice, Oakland, CA, Michael E. Nelson, Esquire, Nelson Langer & Nelson, Michael Elwood Withey, Law Offices of Michael E. Withey, Seattle, WA, Caitlin S. Palacios, Esquire, Paulson & Nace, PLLC, Matthew W.H. Wessler, Public Justice, P.C., Washington, DC, Paul L. Stritmatter, Stritmatter Kessler Whelan Coluccio, Hoquiam, WA, for Defendants–Appellants.

* The Honorable Ralph R. Beistline, Chief District Judge for the U.S. District Court for the District of Alaska, sitting by designation.

Before: MARY M. SCHROEDER and RONALD M. GOULD, Circuit Judges, and RALPH R. BEISTLINE, Chief District Judge.*

## ORDER

We vacate the district court's order and remand this case to the district court for further proceedings consistent with *US Airways, Inc. v. McCutchen,* 569 U.S. ——, 133 S.Ct. 1537, 185 L.Ed.2d 654 (2013).

Jacqlyn SMITH, Plaintiff–Appellant,

v.

CLARK COUNTY SCHOOL DISTRICT, Defendant–Appellee.

No. 11–17398.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 6, 2013.

Filed Aug. 21, 2013.

